1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBIN E. THOMAS,                         No. 2:12-CV-2882-CMK  PS

12              Plaintiff,

13         vs.                                ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                 Defendant.
16   _____/

17          Plaintiff, who is proceeding *in propria persona*, brings this action for judicial

18   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19   Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either

20   seeking voluntary remand or filing a dispositive motion within 45 days from the date of service

21   of the administrative record by defendant.  Plaintiff was warned that failure to comply may result

22   in dismissal of this action for lack of prosecution and failure to comply with court rules and

23   orders.  See Local Rule 110.  A review of the docket reflects that the answer and certified

24   administrative record were served on May 8, 2013. To date, plaintiff has not filed a dispositive

25   motion.

26   / / /

1

1    Plaintiff shall show cause in writing, within 30 days of the date of this order, why

2 this action should not be dismissed for failure to file a dispositive motion.  Plaintiff is again

3 warned that failure to respond to this order may result in dismissal of the action for the reasons

4 outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

5    IT IS SO ORDERED.

6

7  DATED:  October 18, 2013

8                                                          _____

9                                                          **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26